UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

                     :

UNITED STATES OF AMERICA     :

                     :

        - v. -      :    INDICTMENT

                     :

JOSEPH MCCREE,         :    06 Cr. _____
ALEXANDER RUIZ,        :
   a/k/a "Sandy," and    :
ANGELIS REYES-DURAN,    :
   a/k/a "Flaco,"      :    **06CRIM. 228**

                     :

        Defendants.    :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2006

Judge Buchwald

## COUNT ONE

The Grand Jury charges:

1. From in or about 2003, up to and including in or about July 2005, in the Southern District of New York and elsewhere, JOSEPH MCCREE, ALEXANDER RUIZ, a/k/a "Sandy," and ANGELIS REYES-DURAN, a/k/a "Flaco," the defendants, unlawfully, willfully, and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, MCCREE, RUIZ, and REYES-DURAN opened bank accounts, and recruited other individuals to open bank accounts, which were used to deposit and cash stolen, fraudulently endorsed checks to which

MCCREE, RUIZ, and REYES-DURAN were not entitled.

(Title 18, United States Code, Sections 1344 & 2.)

COUNT TWO

The Grand Jury further charges:

2.    From in or about 2003, up to and including in or about July 2005, in the Southern District of New York and elsewhere, JOSEPH MCCREE, ALEXANDER RUIZ, a/k/a "Sandy," and ANGELIS REYES-DURAN, a/k/a "Flaco," the defendants, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit bank fraud, as that term is defined in Title 18, United States Code, Section 1344.

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    From in or about 2003, up to and including in or about July 2005, MCCREE stole hundreds of checks that had been mailed to the 10021 zip code in Manhattan, including tax refund checks issued by the United States Treasury, from the mail.

b.    From in or about 2003, up to and including in or about July 2005, MCCREE gave and sold checks that he had stolen from the mail to RUIZ and REYES-DURAN.

c.    From in or about 2003, up to and including in or about July 2005, RUIZ and REYES-DURAN recruited and paid other

2

individuals to open bank accounts at various banks in Manhattan and the Bronx; to deposit checks into those bank accounts; and to withdraw funds from those bank accounts.

(Title 18, United States Code, Section 1349.)

COUNT THREE

The Grand Jury further charges:

4.    From in or about 2003, up to and including in or about July 2005, in the Southern District of New York and elsewhere, JOSEPH MCCREE, ALEXANDER RUIZ, a/k/a "Sandy," and ANGELIS REYES-DURAN, a/k/a "Flaco," the defendants, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey and dispose of money and things of value exceeding $1,000 of the United States and of a department and agency thereof, to wit, MCCREE, RUIZ, and REYES-DURAN participated in the theft of United States Treasury checks from the mail.

(Title 18, United States Code, Sections 641 & 2.)

COUNT FOUR

The Grand Jury further charges:

5.    From in or about 2003, until in or about July 2005, in the Southern District of New York and elsewhere, JOSEPH MCCREE, ALEXANDER RUIZ, a/k/a "Sandy," and ANGELIS REYES-DURAN, a/k/a "Flaco," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire,

3

confederate, and agree together and with each other to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 641.

6.    It was a part and object of the conspiracy that JOSEPH MCCREE, ALEXANDER RUIZ, a/k/a "Sandy," and ANGELIS REYES-DURAN, a/k/a "Flaco," the defendants, and others known and unknown, unlawfully, willfully, and knowingly, would and did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey and dispose of money and things of value exceeding $1,000 of the United States and of a department and agency thereof.

<u>Overt Acts</u>

7.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    From in or about 2003, up to and including in or about July 2005, MCCREE stole hundreds of checks that had been mailed to the 10021 zip code in Manhattan, including tax refund checks issued by the United States Treasury, from the mail.

b.    From in or about 2003, up to and including in or about July 2005, MCCREE gave and sold checks that he had stolen from the mail to RUIZ and REYES-DURAN.

4

c.    From in or about 2003, up to and including in or about July 2005, RUIZ and REYES-DURAN recruited and paid other individuals to open bank accounts at various banks in Manhattan and the Bronx; to deposit checks into those bank accounts; and to withdraw funds from those bank accounts.

(Title 18, United States Code, Section 371.)

### COUNT FIVE

The Grand Jury further charges:

8.    From in or about 2003, up to and including in or about July 2005, in the Southern District of New York and elsewhere, JOSEPH MCCREE, the defendant, being a Postal Service officer and employee, did embezzle and steal letters, post cards, packages, bags, and mail, and articles and things contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by a carrier, messenger, agent, and other person employed in a department of the Postal Service, to wit, MCCREE, while working for the Postal Service, stole envelopes containing checks that had been sent through the mail.

(Title 18, United States Code, Section 1709.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSEPH MCCREE,
ALEXANDER RUIZ,
    a/k/a "Sandy," and
ANGELIS REYES-DURAN,
    a/k/a "Flaco,"

                Defendants.

INDICTMENT

06 Cr. _____

(Title 18, United States Code, Sections
    371, 641, 1344, 1349 & 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
                Foreperson.

*Post-It 11/1/87.*

3/13/06 - Fld Indictment. Case assigned to
Judge Buchwald for all purposes. Arrest
Warrants Issued for each defendant.
                                Eaton, J. U.S.M.J.